NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re LARRY D. FORD,**
*Petitioner*

---

2025-146

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Texas in No. 4:22-cv-02162, Judge Andrew S. Hanen.

---

**ON PETITION AND MOTION**

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Larry D. Ford's petition for a writ of mandamus, alleging that "states' governors and attorney generals" are violating federal laws and his civil rights, ECF No. 2 at 16 (capitalization omitted), follows a prior unsuccessful suit in a Texas federal district court raising similar allegations and the dismissal of a substantially identical petition filed with the United States Court of Appeals for the Fifth Circuit.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their

respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As that statute makes clear, however, the Act is not itself a grant of jurisdiction. *See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). Our jurisdiction to review decisions of the federal district courts extends only to patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This case clearly falls outside that jurisdiction. Under the circumstances, we deem it appropriate to dismiss rather than transfer the petition.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed, and any pending motion is denied.

FOR THE COURT

September 10, 2025
Date

Jarrett B. Perlow
Clerk of Court